PHILLIP M. ADLESON (SBN 69957)
PAMELA A. BOWER (SBN 151701)
**ADLESON, HESS & KELLY, APC**
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250

**Attorneys for**: Plaintiff HOWARD B. ALLAN

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>JAVED WAHAB,<br>SSN: xxx-xx-0300<br><br>　　　Debtor. | Chapter 7 Case No. 08-41153 LT |
| HOWARD B. ALLAN,<br>　　　Plaintiff,<br>v.<br>JAVED WAHAB,<br>　　　Defendant. | **Adv. Proc. No: 08-4128-AT** |

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff HOWARD B. ALLAN respectfully requests that this Court enter judgment by default against defendant/debtor JAVED WAHAB and in favor of plaintiff HOWARD B. ALLAN in the amount of $474,136.22. This request is supported by the concurrently-filed Declaration of Howard B. Allan and Exhibits A through L thereto, and the concurrently-filed Declaration of Phillip M. Adleson.

Dated: October 21, 2008　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　ADLESON, HESS & KELLY, P.C.

　　　　　　　　　　　　　　　　By: 　/s/_____
　　　　　　　　　　　　　　　　　　Phillip M. Adleson, Esq.
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff HOWARD B. ALLAN

ADLESON, HESS &
KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM

REQUEST FOR ENTRY OF DEFAULT JUDGMENT　　　　　Page 1

**COURT SERVICE LIST**

No recipients.

Adleson, Hess &
Kelly, APC
577 Salmar Ave., 2d Fl.
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

REQUEST FOR ENTRY OF DEFAULT JUDGMENT

Page 2