

Signed: January 12, 2009

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**

---

1 PHILLIP M. ADLESON (SBN 69957)
PAMELA A. BOWER (SBN 151701)
**ADLESON, HESS & KELLY, APC**
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250

**Attorneys for**: Plaintiff HOWARD B. ALLAN

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

In re:

JAVED WAHAB,
SSN: xxx-xx-0300

    Debtor.

HOWARD B. ALLAN,

    Plaintiff,

v.

JAVED WAHAB,

    Defendant.

Chapter 7 Case No. 08-41153 LT

Adv. Proc. No: 08-4128-AT

### JUDGMENT BY DEFAULT

IT IS ORDERED that for good cause appearing and based upon the declarations and exhibits submitted to the Court, the relief sought by plaintiff HOWARD B. ALLAN against defendant JAVED WAHAB for a judgment by default is granted. Judgment is hereby entered in favor of HOWARD ALLAN and against JAVED WAHAB in the amount of $374,136.22.

IT IS SO ORDERED.

** End of Order **

ADLESON, HESS & KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM

JUDGMENT BY DEFAULT     Page 1

**COURT SERVICE LIST**

No recipients.

ADLESON, HESS &
KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM

JUDGMENT BY DEFAULT

Page 2