| | | EJ-001 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number)*: | | |

Recording requested by and return to:
Pamela A. Bower (Bar # 151701)
Adleson, Hess & Kelly
577 Salmar Avenue, Second Floor
Campbell, CA 95008
(408) 341-0234  FAX NO.: (408) 341-0250

[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: United States Bankruptcy Court
MAILING ADDRESS: 1300 Clay Street, Suite 300
CITY AND ZIP CODE: Oakland, California 94604
BRANCH NAME: Oakland Division

PLAINTIFF: Howard B. Allan

DEFENDANT: Javed Wahab

FOR RECORDER'S USE ONLY

CASE NUMBER:
Adv Proc. No.: 08-4128-AT

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**  [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   Name and last known address
   
   Javed Wahab
   35173 11th Street
   Union City, California 94587
   
   b. Driver's license no. [last 4 digits] and state:         [X] Unknown
   c. Social security no. [last 4 digits]: 0300               [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:

2. [ ] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address)*:
   Howard B. Allan 27715 Mission Blvd., Hayward, CA
   Howard B. Allan P.O. Box 157, Danville, CA 94526

Date: ~~September~~ October 30, 2009
Pamela A. Bower
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

▶ *Pamela C. Bower* (signature)
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 374,136.22
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: Jan 12th, 2009
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date)*:
NOV 18 2009

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by *Jeshka Blue*, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

LexisNexis® Automated California Judicial Council Forms

| PLAINTIFF: Howard B. Allan, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT: Javed Wahab, et al. | Adv Proc. No.: 08-4128-AT |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

18. Name and last known address

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

Entered on Docket
January 12, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: January 12, 2009

_____
LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge

PHILLIP M. ADLESON (SBN 69957)
PAMELA A. BOWER (SBN 151701)
**ADLESON, HESS & KELLY, APC**
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250

Attorneys for: Plaintiff HOWARD B. ALLAN

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re: <br> JAVED WAHAB, <br> SSN: xxx-xx-0300 <br> Debtor. | Chapter 7 Case No. 08-41153 LT |
| HOWARD B. ALLAN, <br> Plaintiff, <br> v. <br> JAVED WAHAB, <br> Defendant. | Adv. Proc. No: 08-4128-AT |

## JUDGMENT BY DEFAULT

IT IS ORDERED that for good cause appearing and based upon the declarations and exhibits submitted to the Court, the relief sought by plaintiff HOWARD B. ALLAN against defendant JAVED WAHAB for a judgment by default is granted. Judgment is hereby entered in favor of HOWARD ALLAN and against JAVED WAHAB in the amount of $374,136.22.

IT IS SO ORDERED.

** End of Order **

**COURT SERVICE LIST**

No recipients.

# CERTIFICATE OF NOTICE

District/off: 0971-4        User: lblue           Page 1 of 1              Date Rcvd: Jan 12, 2009
Case: 08-04128              Form ID: pdfeoap      Total Served: 3

The following entities were served by first class mail on Jan 14, 2009.
ust          +Office of the U.S. Trustee /Oak,   Office of the U.S. Trustee,   1301 Clay St. #690N,
              Oakland, CA 94612-5231
pla          +Howard B. Allan,   Hayward Chevrolet,   25715 Mission Blvd.,   Hayward, CA 94544-2528
dft          +Javed Wahab,   35173 11th Street,   Union City, CA 94587-3485

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2009                      Signature:  *Joseph Speetjens*