Entered on Docket
December 06, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed December 03, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

David M. Sternberg (SBN 96107)
Robert A. Miller (SBN 208616)
DAVID M. STERNBERG & ASSOCIATES
Attorneys at Law
540 Lennon Lane
Walnut Creek, CA 94598
Telephone: (925) 946-1400
Facsimile: (925) 932-6986

Attorney for Defendant
JAVED WAHAB

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br>JAVED WAHAB,<br>    Debtor.<br>_____/<br>HOWARD B. ALLAN,<br>    Plaintiff,<br>v.<br>JAVED WAHAB,<br>    Defendant.<br>_____/ | Case No.: 08-41153 LT<br>Chapter 7<br><br>Adversary No.: 08-04128<br><br>**ORDER GRANTING MOTION TO SET ASIDE DEFAULT AND DEFAULT JUDGMENT CONDITIONED UPON DEFENDANT'S PAYMENT OF PLAINTIFF'S FEES AND COSTS INCURRED TO OBTAIN AND ENFORCE DEFAULT JUDGMENT WITHIN 60 DAYS OF COURT ORDER** |

    On April 22, 2010, Defendant Javed Wahab's ("Defendant's") Motion to Set Aside Default and Default Judgment in Adversary Proceeding No. 08-04128-LT, came on regularly for hearing before the Honorable Leslie J. Tchaikovsky of the United States Bankruptcy Court. David M. Sternberg and Robert A. Miller of David M. Sternberg & Associates appeared for

Defendant. Joanne Wendell of Adleson, Hess & Kelly appeared for Plaintiff Howard Allan ("Plaintiff").

The Court, having read the moving papers and good cause appearing therefore and the reasons stated on the record,

IT IS HEREBY ORDERED:

1. The Court will set aside the Default and Default Judgment upon Defendant's payment of attorney fees and costs Plaintiff incurred to obtain and enforce the Default Judgment from October 11, 2008;

2. The procedure for determining the amount Defendant should pay is as follows:

    a. By May 22, 2010, Plaintiff shall file a declaration of attorney's fees and costs incurred to obtain and enforce the Default Judgment from October 11, 2008, and, any reply shall be filed by June 12, 2010;

3. Defendant must pay the amount ordered by the Court within 60 days. If Defendant pays the amount within 60 days of the Court's Order, the Default and Default Judgment will be set aside;

4. On May 20, 2010, an Order was entered pursuant to stipulation and agreement of the parties, through their attorneys of record, to extend the deadline to file Plaintiff's Declaration Regarding Attorneys' Fees and Costs for one week, from May 22, 2010 to May 29, 2010; Defendant's Opposition to Declaration Regarding Attorneys' Fees and Costs for one week, from June 5, 2010 to June 12, 2010, and Plaintiff's Reply to Defendant's Opposition for one week, from June 12, 2010 to June 19, 2010;

5. The Status Conference is continued to September 23, 2010 at 11:00 a.m. at United States Bankruptcy Court, Northern District of California, 1300 Clay Street, 2nd Floor, Oakland California 94612 in Room 201.

**END OF ORDER**

## COURT SERVICE LIST

Javed Wahab
35173 11th Street
Union City, CA 94587

David M. Sternberg & Associates
Robert A. Miller, Esq.
540 Lennon Lane
Walnut Creek, CA 94598
E: DMSLaw@ix.netcom.com

Phillip M. Adleson, Esq.
Pamela A. Bower
Joanne Wendell, Esq.
Adleson, Hess & Kelly
577 Salmar Avenue, Second Floor
Campbell, CA 95008
E: p_adleson@ahk-law.com