PHILLIP M. ADLESON (SBN 69957)
PAMELA A. BOWER (SBN 151701)
JOANNE M. WENDELL (SBN 191785)
ADLESON, HESS & KELLY, APC
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250

Attorneys for Plaintiff
HOWARD B. ALLAN

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>JAVED WAHAB,<br>SSN: xxx-xx-0300<br><br>    Debtor. | **PER SUPPLEMENTAL JURISDICTION**<br><br>**Chapter 7 Case No. 08-41153 LT** |
| HOWARD B. ALLAN,<br><br>    Plaintiff,<br><br>vs.<br><br>JAVED WAHAB,<br><br>    Defendant. | **Adv. Proc. No: 08-4128-AT**<br><br>Hon. Roger L. Efremsky<br><br>*[Filed concurrently with Updated [Proposed] Writ of Execution; Updated [Proposed] Order of Garnishment; Proof of Service]* |

**CORRECTED AFFIDAVIT RE: INTEREST ACCRUED PURSUANT TO APPLICABLE FEDERAL INTEREST RATE (28 U.S.C. § 1961)**

I, Joanne M. Wendell, declare and verify:

(1)  I am an attorney at law duly licensed to practice before all California courts. I am an associate of Adleson, Hess & Kelly, APC, attorneys of record for plaintiff Howard B. Allan ("Judgment Creditor"). I have personal knowledge of the facts set forth herein. If called to testify regarding such facts, I could and would competently do so. All statements below identify activities that occurred and/or documents sent or received in the ordinary course and scope of my practice.

(2)  On Jan. 12, 2009, the Court entered a final money Judgment in Adversary Proceeding No. 08-4128-AT on Jan. 12, 2009, in favor of Judgment Creditor and against Defendant Javed Wahab ("Defendant") in the amount of $374,136.22. (Doc. # 21.)

(3)  The Federal Reserve System Constant Maturity Historical Record applicable to Jan. 12, 2009, under 28 U.S.C. § 1961, is .44%.

(4)  The amount of interest that has accrued from the date of entry of judgment (Jan. 12, 2009) to August 13, 2011, is $ 4,257.44.

(5)  Interest continues to accrue at a daily rate of $ 4.51 until paid in full.

Executed on August 17, 2011, in Campbell, CA.

I declare under penalty of perjury pursuant to the laws of the State of California and of the federal courts in California that the foregoing is true and correct.

_____
Joanne M. Wendell

ADLESON, HESS & KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM