MICHAEL COSENTINO, SBN 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501

Telephone: (510) 523-4702
Facsimile: (510) 747-1640

Attorney for the Plaintiff
Allan B. Allan

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| HOWARD B. ALLAN, | ADV PROC NO 08-4128 RLE |
| PLAINTIFF, | |
| vs. | STIPULATION FOR ORDER CONTINUING ORDER OF EXAMINATION HEARING |
| JAVED WAHAB, | |
| DEFENDANT. | |

**STIPULATION FOR ORDER CONTINUING ORDER OF EXAMINATION HEARING**

IT IS HEREBY STIPULATED by and between the Plaintiff, HOWARD B. ALLAN (Plaintiff, hereafter), through its attorney of record, and Defendant, JAVED WAHAB (Defendant, hereafter), that the ORDER OF EXAMINATION HEARING for JAVED WAHAB set for June 25, 2014, at 2:00 P.M. in Room one of the ALAMEDA COUNTY LAW LIBRARY, 125 STREET, OAKLAND, CA 94607, be continued to August 26, 2014, at 2:00 P. M., in the same location.

Dated: June 23, 2014 _____
MICHAEL COSENTINO,
Counsel for Howard B. Allan, Plaintiff

Dated: June 23, 2014 _____
JAVED WAHAB, Defendant