| | | EJ-100 |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*<br>After recording, return to:<br>MICHAEL COSENTINO, SBN 83253<br>ATTORNEY AT LAW<br>P.O. BOX 129<br><br>ALAMEDA, CA 94501<br>TEL NO.: (510)-523-4702   FAX NO. (optional): (510)-747-1640<br>E-MAIL ADDRESS *(Optional):*<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | | |

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF US BANKRUPTCY<br>STREET ADDRESS: 1300 CLAY STREET<br>MAILING ADDRESS: SUITE 300<br>CITY AND ZIP CODE: OAKLAND, CA 94604<br>BRANCH NAME: NORTHERN DISTRICT OF CALIFORNIA | *FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY* |

| | |
|---|---|
| PLAINTIFF: HOWARD B. ALLAN<br>DEFENDANT: JAVED WAHAB | CASE NUMBER:<br>ADV PROC NO 08-4128 AT |
| **ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**<br>[X] FULL   [ ] PARTIAL   [ ] MATURED INSTALLMENT | FOR COURT USE ONLY |

1. Satisfaction of the judgment is acknowledged as follows:
    a. [X] Full satisfaction
        (1) [ ] Judgment is satisfied in full.
        (2) [X] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
    b. [ ] Partial satisfaction
        The amount received in partial satisfaction of the judgment is $ 0.00
    c. [ ] Matured installment
        All matured installments under the installment judgment have been satisfied as of *(date):*

2. Full name and address of judgment creditor:* HOWARD B. ALLAN 27715 MISSION BLVD. HAYWARD, CA 94544
    HOWARD B. ALLAN
    PO BOX 157 DANVILLE, CA 94526

3. Full name and address of assignee of record, if any:


4. Full name and address of judgment debtor being fully or partially released:* JAVED WAHAB
    35173-11TH STREET
    UNION CITY, CA 94587

5. a. Judgment entered on *(date):* JANUARY 12, 2009
    b. [ ] Renewal entered on *(date):*

6. [X] An [X] abstract of judgment  [ ] certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded):*

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| ALAMEDA | MARCH 5, 2009 | 2009066857 |
| CONTRA COSTA | MARCH 10, 2009 | 2009-0050054-00 |

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify):*

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: MARCH 7, 2016

▶ *(signature)*
*(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY*)*
MICHAEL COSENTINO

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. July 1, 2014]
ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
Legal Solutions Plus
Page 1 of 1
Code of Civil Procedure, §§ 724.060, 724.120, 724.250